UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEILA DANCY-WILKINS and SHEILA DANCY-WILKINS AS POWER OF ATTORNEY FOR FLORA MAYWEATHERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>COMPU-LINK CORPORATION D/B/A CELINK, and REVERSE MORTGAGE FUNDING, LLC,<br><br>Defendants. | Case No. 22-cv-6208<br><br>Joanna Seybert, USDJ<br>Lee G. Dunst, USMJ |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that pursuant to Rule 55 of the Federal Rules of Civil Procedure, and upon *Plaintiffs' Memorandum of Law In Support of Motion For Default Judgment Against Defendant Reverse Mortgage Funding, LLC* and the *Declaration of Joseph S. Tusa*, Plaintiffs, on behalf of themselves and the putative Classes, will move this Court, before the Honorable Joanna Seybert, United States District Judge, for an order and judgment granting default judgment against defendant Reverse Mortgage Funding, LLC ("RMF") on all claims pled in this class action, comprising:

    (a)    Breaches of the standard HECM Loan Agreements (Cpt. Counts I & II);

    (b)    Breaches of Duties of Good Faith and Fair Dealing (Cpt. Count III);

    (c)    Violations of New York General Business Law §349 (Cpt. Count IV);

    (d)    Unjust enrichment (Cpt. Count V); and

    (e)    Violations of New York RPL §280-b (Cpt. Count VI).

PLEASE TAKE FURTHER NOTICE that Plaintiffs and the Classes seek entry of judgment against RMF in the amount of $███████, plus pre-judgment and post-judgment interest, or alternatively an evidentiary hearing and accounting to determine the amount of the

judgment due by RMF to Plaintiffs and the Classes;

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1, opposing affidavits and memoranda shall be served by February 29, 2024.

DATED:  February 15, 2024

Respectfully submitted,

**TUSA P.C.**

/s/ Joseph S. Tusa
Joseph S. Tusa
joseph.tusapc@gmail.com
P.O. Box 566
55000 Main Road, 2nd Floor
Southold, NY  11971
Tel. (631) 407-5100

**GISKAN SOLOTAROFF & ANDERSON LLP**
Oren Giskan
ogiskan@gslawny.com
Catherine E. Anderson
canderson@gslawny.com
90 Broad Street, 10th Floor
New York, NY  10004
Tel: (212) 847-8315

**AARP FOUNDATION**
Julie Nepveu (*pro hac vice*)
jnepveu@aarp.org
Maame Gyamfi (*pro hac vice*)
mgyamfi@aarp.org
601 E Street, NW
Washington, DC  20049
Tel. (202) 434-2060

*Attorneys for Plaintiffs
and Proposed Class Counsel*

## CERTIFICATE OF SERVICE

Joseph S. Tusa, a member in good standing of the bar of this Court and counsel for Plaintiffs in this action, certifies that on February 15, 2024 the accompanying *Notice of Motion, Plaintiffs' Memorandum of Law In Support of Motion For Default Judgment Against Defendant Reverse Mortgage Funding, LLC* and the *Declaration of Joseph S. Tusa* were served on counsel of record for all Defendants by ECF and counsel for RMF's bankruptcy plan administrator indicated below by email and overnight mail:

Mark S. Indelicato, Esq.
Thompson Coburn LLP
488 Madison Avenue
New York, NY 10022

**TUSA P.C.**

/s/ Joseph S. Tusa
Joseph S. Tusa
joseph.tusapc@gmail.com
P.O. Box 566
55000 Main Road, 2nd Floor
Southold, NY 11971
Tel. (631) 407-5100

3